CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 30 2006

JOHN F. CORCORAN, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JANET BROWN, ) | |
|    Petitioner, ) | Civil Action No. 7:06cv00568 |
| ) | |
| ) | **FINAL ORDER** |
| ) | |
| VIRGINIA CORRECTIONAL, ) | |
| CENTER FOR WOMEN ) | By: Samuel G. Wilson |
|    Respondent. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the Brown's 28 U.S.C. § 2254 petition shall be and hereby is **DISMISSED** without prejudice, all other pending motions are hereby **DENIED** as **MOOT**, and this action shall be **STRICKEN** from the active docket of the court.

The clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to the petitioner and counsel for the respondent.

**ENTER**: This 30th day of October, 2006.

_____
United States District Judge